No. 99–1294. FOSTER, SUPERINTENDENT OF BANKING AND ADMINISTRATOR OF ELECTRONIC TRANSFER FUNDS, IOWA DIVISION OF BANKING, IOWA DEPARTMENT OF COMMERCE v. BANK ONE, UTAH, ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 99–1330. EDMONDS, APPEARING AS TUTRIX OF HER MINOR SON, BELL v. LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS ET AL. Ct. App. La., 2d Cir. Certiorari denied. ■

No. 99–1343. MOENNING v. ILLINOIS COMMERCE COMMISSION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1386. QUALLS ET AL. v. CITY OF DETROIT ET AL. Ct. App. Mich. Certiorari denied.

No. 99–1387. LANGLIE v. ONAN CORP. C. A. 8th Cir. Certiorari denied. ■

No. 99–1395. MOTLEY v. NEW JERSEY STATE POLICE ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 99–1397. CBT GROUP PLC ET AL. v. SAN MATEO COUNTY SUPERIOR COURT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–1406. JOYTIME DISTRIBUTORS & AMUSEMENT CO., INC. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. ■

No. 99–1410. FIRST MOUNT VERNON, I. L. A. v. PRINCE GEORGE'S COUNTY. C. A. 4th Cir. Certiorari denied. ■

No. 99–1412. CHEROKEE CORPORATION OF LINDEN, VIRGINIA, INC. v. CAPITAL SKIING CORP. C. A. 4th Cir. Certiorari denied. ■

No. 99–1420. ELLIS ET AL. v. WASHINGTON COUNTY ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 99–1435. GRAVES v. BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ■

No. 99–1436. LIN v. LIN (two judgments). Ct. App. N. C. Certiorari denied.